# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:17-cv-23287-UU**

BRENT BARDALES,
individually and on behalf of all
others similarly situated,

        **CLASS ACTION**

    Plaintiff,

        **JURY TRIAL DEMANDED**

vs.

eWORLDTRADE LLC,
a Delaware limited liability company,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff, Brent Bardales, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, Brent Bardales, individually, are hereby dismissed without prejudice, with each party to bear their own fees and costs.

Dated: September 27, 2017

        Respectfully submitted,

        **HIRALDO P.A.**

        */s/ Manuel S. Hiraldo*
        Manuel S. Hiraldo
        Florida Bar No. 030380
        401 E. Las Olas Boulevard
        Suite 1400
        Ft. Lauderdale, Florida 33301
        Email: mhiraldo@hiraldolaw.com
        Telephone: 954.400.4713

        and

        **SHAMIS & GENTILE, P.A.**
        Andrew J. Shamis
        Florida Bar No. 101754
        *efilings@sflinjuryattorneys.com*
        14 NE 1st Avenue, Suite 400
        Miami, Florida  33132
        (t) (305) 479-2299
        (f) (786) 623-0915

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713